IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| PACIFIC STANDARD HOLDINGS, *et al.*, | ) |
| Defendants. | ) Civil Action No. 3:17-CV-3318-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that the above-styled and -numbered civil action should be *sua sponte* remanded back to the 44th Judicial District Court of Dallas County, Texas.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, this civil action is hereby **REMANDED** back to the 44th Judicial District Court of Dallas County, Texas.

SO ORDERED this 23 day of October, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE